**William COOPER, Appellant,**

v.

**James A. GAMMON, Jerry Hudson, Respondents.**

**No. WD 51577.**

Missouri Court of Appeals, Western District.

May 21, 1996.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 2, 1996.

Application to Transfer Denied Aug. 20, 1996.

William Cooper, Moberly, Appellant pro se.

Jeremiah W. (Jay) Nixon, Attorney General, John R. Munich, Keith J. Grady, Assistant Attorneys General, Jefferson City, for Respondents.

Before LAURA DENVIR STITH, P.J., and ULRICH and SMART, JJ.

## ORDER

PER CURIAM:

William Cooper appeals the trial court's dismissal of his "petition for judicial review" for failure to state a claim for which relief can be granted. No precedential purpose exists in publishing a written opinion. The order dismissing the petition is affirmed by summary order. Rule 84.16(b).